B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **RnD Engineering, LLC**  Case No.
Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alpha and Omega LLC**<br>**33326 Glendale**<br>**Livonia, MI 48152** | **Alpha and Omega LLC**<br>**33326 Glendale**<br>**Livonia, MI 48152** | **Business Debt** | | **11,748.68** |
| **Alro Specialty Metals**<br>**34401 Schoolcraft**<br>**Livonia, MI 48150** | **Alro Specialty Metals**<br>**34401 Schollcraft**<br>**Livonia, MI 48150** | **Business Debt** | | **2,141.64** |
| **Automation Direct**<br>**PO Box 402417**<br>**Atlanta, GA 30384** | **Automation Direct**<br>**PO Box 402417**<br>**Atlanta, GA 30384** | **Business Debt** | | **9,987.00** |
| **BDI Bearing Distributors Inc**<br>**PO Box 74069**<br>**Cleveland, OH 44194** | **BDI Bearing Distributors Inc**<br>**PO Box 74069**<br>**Cleveland, OH 44194** | **Business Debt** | | **5,232.76** |
| **Custom Metal Products Corp.**<br>**12283 Levan**<br>**Livonia, MI 48154** | **Custom Metal Products Corp.**<br>**12283 Levan**<br>**Livonia, MI 48154** | **Business Debt** | | **900.00** |
| **Custom Sheet Metal**<br>**12283 Levan**<br>**Livonia, MI 48154** | **Custom Sheet Metal**<br>**12283 Levan**<br>**Livonia, MI 48154** | **Business Debt** | | **900.00** |
| **Fastenal**<br>**8349 Ronda Drive**<br>**Canton, MI 48187** | **Fastenal**<br>**8349 Ronda Drive**<br>**Canton, MI 48187** | **Business Debt** | | **3,324.00** |
| **ICOM 1 Integrated System**<br>**22975 Venture Drive**<br>**PO Box 8028**<br>**Novi, MI 48376** | **ICOM 1 Integrated System**<br>**22975 Venture Drive**<br>**PO Box 8028**<br>**Novi, MI 48376** | **Business Debt** | | **5,225.00** |
| **IGUS  INC.**<br>**P.O. BOX 14349**<br>**EAST PROVIDENCE RI 2914** | **IGUS  INC.**<br>**P.O. BOX 14349**<br>**EAST PROVIDENCE RI 2914** | **Business Debt** | | **1,500.00** |
| **KA Wood Gear**<br>**25120 Trowbridge St**<br>**Dearborn, MI 48124** | **KA Wood Gear**<br>**25120 Trowbridge St**<br>**Dearborn, MI 48124** | **Business Debt** | | **650.00** |
| **Lube USA**<br>**781 Congaree Road**<br>**Greenville, SC 29607** | **Lube USA**<br>**781 Congaree Road**<br>**Greenville, SC 29607** | **Business Debt** | | **2,700.00** |

B4 (Official Form 4) (12/07) - Cont.
In re  RnD Engineering, LLC                                     Case No. _____
                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| McMASTER-CARR SUPPLY P.O. BOX 94930 CLEVELAND, OH 44101 | McMASTER-CARR SUPPLY P.O. BOX 94930 CLEVELAND, OH 44101 | Business Debt | | 5,800.00 |
| Miller, Canfield, Paddock & Stone 150 West Jefferson Suite 2500 Detroit, MI 48226 | Miller, Canfield, Paddock & Stone 150 West Jefferson Suite 2500 Detroit, MI 48226 | Business Debt | | 48,000.00 |
| Nagel Precision Inc. c/o RJ Landau Partners PLLC 5340 Plymouth Road Suite 200 Ann Arbor, MI 48105 | Nagel Precision Inc. c/o RJ Landau Partners PLLC 5340 Plymouth Road Ann Arbor, MI 48105 | Lawsuit | Contingent Unliquidated Disputed | 4,200,000.00 |
| Quality Transmission Components 2101 Jericho Turnpike New Hyde Park, NY 11042 | Quality Transmission Components 2101 Jericho Turnpike New Hyde Park, NY 11042 | Business Debt | | 7,800.00 |
| R&K Boring 11761 Levan Road Livonia, MI 48150 | R&K Boring 11761 Levan Road Livonia, MI 48150 | Business Debt | | 32,160.00 |
| Shaltz Automation 5163 Commerce Rd. Flint, MI 48507 | Shaltz Automation 5163 Commerce Rd. Flint, MI 48507 | Business Debt | | 4,224.00 |
| Speedy Metals 34155 Riviera Drive Fraser, MI 48026 | Speedy Metals 34155 Riviera Drive Fraser, MI 48026 | Business Debt | | 1,140.00 |
| Westside Flame Hardening 38200 Executive Drive Westland, MI 48185 | Westside Flame Hardening 38200 Executive Drive Westland, MI 48185 | Business Debt | | 500.00 |
| Westside Powder Coat LLC Executive Drive North Westland, MI 48185 | Westside Powder Coat LLC Executive Drive North Westland, MI 48185 | Business Debt | | 5,340.75 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 20, 2014**            Signature   **/s/ Richalin Digue**
                                                    **Richalin Digue**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

14-58049-pjs    Doc 3    Filed 11/20/14    Entered 11/20/14 16:48:57    Page 2 of 2