**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

**TRANSMITTAL OF FINANCIAL REPORTS AND CERTIFICATION OF COMPLIANCE**
**WITH UNITED STATES TRUSTEE OPERATING REQUIREMENTS**
**FOR THE PERIOD ENDED:** _____08/31/2016_____

IN RE:                                                    CASE NO.        14-58049-PJS
    RND ENGINEERING, LLC,                        Chapter 11
_____/        Judge:
            Debtor                                            HON. PHILLIP J. SHEFFERLY

As debtor in possession, I affirm:

1.    That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| x | Operating Statement | (Form 2) |
| x | Balance Sheet | (Form 3) |
| x | Summary of Operations | (Form 4) |
| x | Monthly Cash Statement | (Form 5) |
| x | Statement of Compensation | (Form 6) |
| x | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices,
and fairly and accurately reflect the debtor's financial activity for the period stated;

2.    That the insurance, including workers' compensation and unemployment insurance,
as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation)    **YES___X___     NO_____**

3.    That all postpetition taxes as described in Sections 1 and 14 of the Operating
Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation)    **YES___X___     NO_____**

4.    No professional fees (attorney, accountant, etc.) have been paid without specific
court authorization.   (If not, attach a written explanation)
                              **YES___X___     NO_____**

5.    All United States Trustee Quarterly fees have been paid and are current.
                              **YES___X___     NO_____**

6.    Have you filed your prepetition tax returns.
(If not, attach a written explanation)    **YES___X___     NO_____**

I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct.

                          _____  /S/ Richalin Pigu~

Dated:   11/4/2016           **Responsible Officer of the Debtor in Possession**
                                **President          734-328-8277**

*Mail original to:*                              Title               Phone
*United States Bankruptcy Court*     *Mail 1 copy to:*    *Office of the U. S. Trustee*
*211 W. Fort Street - Suite 2100*                        *211 W. Fort Street - Suite 700*
*Detroit, MI  48226*                            *Detroit, MI 48226*

    *Mail a copy to the Creditor's Committee (if any) and the attorney for the Creditors' Committee.*

**FORM 1**

OPERATING STATEMENT (P&L)
Period ending: 8/31/2016

Case No: 14-58049-PJS

| | Current Month | Total Since Filing | |
|---|---|---|---|
| Total Revenue/Sales | $ 290,576.02 | 1644175.94 | |
| Cost of Sales | $ 1,928.37 | 638587.29 | |
| **GROSS PROFIT** | 288647.65 | 1005588.65 | |

EXPENSES:

| | | | |
|---|---|---|---|
| Officer Compensation | 0 | -585.7 | |
| Officer Wage | 0 | 103033.92 | |
| Salary Expenses other Employees | 22441 | 161658.21 | |
| Property Taxes | 0 | 1017.67 | |
| Payroll Taxes | 0 | 22660 | |
| Other Taxes (MI Corporate Income) | 0 | -10500 | |
| Other Taxes (Federal Income) | 0 | -53000 | |
| Rent and Lease Expense | 3000 | 58900 | |
| Interest Expense | 0 | -763.11 | |
| Insurance | 0 | 4986.67 | |
| Automobile and Truck Expense | 0 | 919.54 | |
| Utilities (gas, electric,) | 128.48 | 35029.53 | |
| Phone | 472.13 | 17142.44 | |
| Depreciation | 1287.11 | 34274.7 | |
| Travel Expenses | 1404.95 | 65803.37 | |
| Meal and Entertainment | 0 | 1311.34 | |
| Repairs and Maintenance | 38.95 | 4103.07 | |
| Advertising | 0 | 1466.48 | |
| Supplies, Office Expense, etc.. | 0 | 3393.8 | |
| Other Specify (Bereavement) | 100 | 3902.33 | |
| Administrative | 41.66 | 1789.39 | |
| Bank service fee | 248 | 1160 | |
| Other Specify Misc (Payoff per court order) | 586003.16 | 602188.35 | |
| **TOTAL EXPENSES:** | 615165.44 | 1054147.36 | |
| **NET OPERATING PROFIT/(LOSS)** | -326517.79 | -21722.52 | |

Add: Non-Operating Income:

| | | | |
|---|---|---|---|
| Interest Income | | | |
| Other Income | | | |

Less: Non-Operating Expenses:

| | | | |
|---|---|---|---|
| Professional Fees | | 227671.21 | |
| Other | | | |

| | | | |
|---|---|---|---|
| **NET INCOME/(LOSS)** | -326517.79 | -246724.28 | |

FORM 2

| | Current Month | Prior Month | At Filing |
|---|---|---|---|
| Cash: | 3961.59 | 10853.87 | 200301.12 |
| Inventory: | 50899.43 | 22120 | 40000 |
| Accounts Receivables: | 85415 | 288885.98 | 27822 |
| Insider Receivables | 0 | 0 | 0 |
| Land and Buildings: | 0 | 0 | 0 |
| Computers | 19474 | 19474 | 19524 |
| Furniture and Fixture | 29208 | 29208 | 29208 |
| Office equipment | 5892 | 5892 | 5892 |
| Shop equipment | 96062.84 | 96062.84 | 96302.84 |
| Software | 6881.34 | 6881.34 | 6881.34 |
| Accumulated Depreciation: | -104,814.27 | -104814.27 | -74960.4 |
| Other: Prepaid Rent | 3000 | 3000 | 3300 |
| Other: Security Deposit | 2900 | 2900 | 11637.5 |
| **TOTAL ASSETS:** | 198879.93 | 380463.76 | 365908.4 |
| *LIABILITIES:* | | | |
| Postpetition Liabilities: | 0 | 0 | |
| Accounts Payable: | 0 | 0 | |
| Rent and Lease Payable: | 107576.88 | 101557.11 | |
| Wages and Salaries: | 0 | 0 | |
| Taxes Payable: | 0 | 0 | |
| Other: Accrued interest | | | |
| **TOTAL POSTPETITION LIABILITIES:** | 107576.88 | 101557.11 | 0 |
| Secured Liabilities: | | | |
| Subject to Postpetition | 0 | 0 | 26977.78 |
| Collateral or Financing Order | | | |
| All Other Secured Liab. | | | |
| **TOTAL SECURED LIABILITIES:** | 0 | 0 | 26977.78 |
| Prepetition Liabilities: | | | |
| Taxes & Other Priority Liab. | 140603.61 | 140603.61 | 140603.61 |
| Unsecured Liabilities: | 38552 | 38552 | |
| Other: | | | |
| **TOTAL PREPETITION LIABILITIES:** | 179155.61 | 179155.61 | 140603.61 |
| **TOTAL LIABILITIES** | 286732.49 | 280712.72 | 167581.39 |
| Equity: | | | |
| Net Income | -87492.1 | 100111.5 | 96684.08 |
| Retained Earnings-Pre Pet. | | | |
| Retained Earnings-Post Pet. | -360.46 | -360.46 | 35653.17 |
| **TOTAL EQUITY:** | -87852.56 | 99751.04 | 132337.25 |
| **TOTAL LIABILITIES AND EQUITY:** | 198879.93 | 380463.76 | 299918.64 |

0

FORM 3

MONTHLY CASH STATEMENT

Period ending:     8/31/2016

Cash Activity Analysis (Cash Basis Only):                    Case No:     14-58049-PJS

| | | General Acct. | Payroll Acct. | Tax Acct. | Special Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | 8509.21 | 2013.44 | -4.78 | 250 | 0 |
| B. | Receipts (Attach separate schedule) | 520161.02 | 20450 | 450 | 592790 | |
| C. | Balance Available (A + B) | 528670.23 | 22463.44 | 445.22 | 593040 | 0 |
| D. | Less Disbursements (Attach separate schedule) | 527,773.76 | 22039.57 | 170.81 | 590673.16 | |
| E. | ENDING BALANCE (C - D) | 896.47 | 423.87 | 274.41 | 2366.84 | 0 |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
   1. Depository Name & Location   Key Bank NA
   2. Account Number   .939

Payroll Account:
   1. Depository Name & Location   Key Bank NA
   2. Account Number   2    2947

Tax Account:
   1. Depository Name & Location   Key Bank NA
   2. Account Number   2954

Special Account: (as per court order)
   1. Depository Name & Location   Key Bank NA
   2. Account Number   ?    03234

Date:   _____11/4/2016_____

   _____
   /s/ Richalin Dign~
   Responsible Officer of the Debtor in Possession

Total Disbursements for period   _____611,967.30_____   (for Quarterly Fee calculation)

FORM 5

# MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
## Period ending          8/31/2016

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession.  (Attach additional pages if necessary)

Name: ___ Richalin Digue

|  |  |
|---|---|
| _____ | Shareholder |
| x | Officer |
| _____ | Director |
| _____ | Insider |

Detailed Description of Duties: ____ Manages day to day operation of RnD Engineering including Sales, engineering, programming, electrical and control design, service

_____

**Current Compensation Paid:**              Weekly     or        Monthly
                                            _____                      0

**Current Benefits Paid:**                  Weekly     or        Monthly
    Health Insurance                _____              _____
    Life Insurance                  _____              _____
    Reitrement                      _____              _____
    Company Vehicle                 _____              _____
    Entertainment                   _____              _____
    Travel                          _____              _____
    Other Benefits                  _____              _____
            Total Benefits:  _____              _____

**Current Other Payments Paid:**            Weekly     or        Monthly
    Rent Paid                       _____              _____
    Loans                           _____              _____
    Other (Describe)                _____              _____
    Other (Describe)                _____              _____
    Other (Describe)                _____              _____
       Total other payment:  _____              _____

**CURRENT TOTAL OF ALL PAYMENTS:**          Weekly     or        Monthly
                                            _____                      0

Dated: __    11/4/2016

_____
/s/ Richalin Diguy
**Principal, Officer, Director, or Insider**

FORM 6

**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**
**Period ending:      8/31/2016**

Case No:_ 14-58049-PJS

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | The Hartford | 12/9/2016 |
| General Business Policy | The Hartford | 11/8/2016 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Dated: 11/4/2016

/s/ Richalin Pigut

Responsible Officer of the Debtor in Possession

FORM 7

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**August 31, 2016**
**page 1 of 3**

J234

31        T   677 00000 R EM AO
RND ENGINEERING, LLC #14-58049-PJS
RICHALIN K DIGUE - TRUSTEE
12433 GLOBE ST
LIVONIA MI 48150-1134

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyBank Basic Business Checking**          )3234
RND ENGINEERING, LLC #14-58049-PJS
RICHALIN K DIGUE - TRUSTEE

| | |
|---|---:|
| Beginning balance 7-31-16 | $250.00 |
| 7 Additions | +592,790.00 |
| 3 Subtractions | -590,603.16 |
| Net fees and charges | -70.00 |
| **Ending balance 8-31-16** | **$2,366.84** |

## Additions

| Deposits | Date | Serial # | Source | | | | |
|---|---|---|---|---|---|---|---:|
| | 8-1 | | Internet Trf Fr DDA ( | )2947 | 0101 | | $2,000.00 |
| | 8-1 | | Internet Trf Fr DDA ( | 02939 | 0101 | | 8,000.00 |
| | 8-1 | | Internet Trf Fr DDA ( | 002939 | 0101 | | 20,000.00 |
| | 8-1 | 10170 | Wire Deposit     Riveroak Law Gro 9935 | | | | 35,000.00 |
| | 8-1 | 10491 | Wire Deposit     Stevenson & Bull 7259 | | | | 46,500.00 |
| | 8-1 | | Internet Trf Fr [ | 002939 | 0101 | | 250,000.00 |
| | 8-2 | | Internet Trf Fr DDA ( | 2939 | 0101 | | 231,290.00 |
| | | | **Total additions** | | | | **$592,790.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | | | |
|---|---|---|---|---|---|---:|
| | 8-18 | 6950 | Wire Withdrawal  Nagle Precision  1738 | | | $586,003.16 |
| | 8-25 | | Internet Trf To DDA ( | )02947 | 0101 | 4,000.00 |
| | 8-26 | | Internet Trf To DDA ( | )02947 | 0101 | 600.00 |
| | | | **Total subtractions** | | | **$590,603.16** |

3234

**Fees and charges**

| Date | | Quantity | Unit Charge | |
|------|---|---|---|---|
| 8-1-16 | Fedwire Service Charge | 1 | 20.00 | -$20.00 |
| 8-1-16 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 8-18-16 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| | **Fees and charges** assessed this period | | | **-$70.00** |



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> \* KeyBank
> Customer Disputes
> NY-31-17-0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:
- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➜ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL ➜ | $ |
|---|---|

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**August 31, 2016**
**page 1 of 2**

!954

31        T    677 00000 R EM AO
RND ENGINEERING, LLC #14-58049-PJS
RICHALIN K DIGUE *DEBTOR IN POSSESSION
12433 GLOBE ST
LIVONIA MI 48150-1134

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

KeyBank Basic Business Checking    :    )2954
RND ENGINEERING, LLC #14-58049-PJS
RICHALIN K DIGUE *DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 7-31-16 | -$4.78 |
| 1 Addition | +450.00 |
| 1 Subtraction | -93.81 |
| Net fees and charges | -77.00 |
| **Ending balance 8-31-16** | **$274.41** |

## Additions

| Deposits | Date | Serial # | Source | | | |
|---|---|---|---|---|---|---:|
| | 8-5 | | Internet Trf Fr DDA | )02939 | 0101 | $450.00 |
| | | | **Total additions** | | | **$450.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 8-1 | | Paychex Tps    Taxes | $93.81 |
| | | | **Total subtractions** | **$93.81** |

## Fees and charges

| Date | | | | Quantity | Unit Charge | |
|---|---|---|---|---|---|---:|
| 8-1-16 | Return Chg: Debit | Amt | 2,921.95 | 1 | 36.00 | -$36.00 |
| 8-1-16 | Tier 2 Overdraft Item Charge | | | 1 | 36.00 | -36.00 |
| 8-31-16 | Service Charge | | | 1 | 5.00 | -5.00 |
| | | **Fees and charges  assessed this period** | | | | **-$77.00** |

3!
l

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

    * KeyBank
    Customer Disputes
    NY-31-17-0128
    17 Corporate Woods Blvd
    Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A, P.O Box 93885, Cleveland, OH 44101 - 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL ➔** | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

**TOTAL ➔** $

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

02939

5 31        T   677 00000 R EM AO
RND ENGINEERING, LLC #14-58049-PJS
RICHALIN K DIGUE *DEBTOR IN POSSESSION
GENERAL ACCOUNT
12433 GLOBE ST
LIVONIA MI 48150-1134

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyBank Basic Business Checking**        ₂939
RND ENGINEERING, LLC #14-58049-PJS
RICHALIN K DIGUE *DEBTOR IN POSSESSION
GENERAL ACCOUNT

| | |
|---|---:|
| Beginning balance 7-31-16 | $8,509.21 |
| 4 Additions | +520,161.02 |
| 19 Subtractions | -527,713.76 |
| Net fees and charges | -60.00 |
| **Ending balance 8-31-16** | **$896.47** |

---

**Rewards**

Rewards point balance, as of  08-31-2016            69,250

| Rewards Number | Name |
|---|---|
| 226771002939000 | RND ENGINEERING, LLC |

Visit key.com/rewards for details

---

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 8-1 | 9910 | Wire Deposit     Arbomex Sa, Ltd  5091 | $23,205.00 |
| | 8-1 | | Thyssenkrupp Prepayment | 250,000.00 |
| | 8-2 | 13156 | Internat Wire Dp Mr Yanick Marcha 1142 | 232,206.02 |
| | 8-11 | 5720 | Wire Deposit     Arbomex Sa, Ltd  5091 | 14,750.00 |
| | | | **Total additions** | **$520,161.02** |

## Subtractions

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|
| 2005 | 8-15 | $100.00 | *2128 | 8-26 | 430.00 | 2132 | 8-9 | 74.95 |
| *2107 | 8-3 | 50.00 | *2131 | 8-8 | 50.48 | | | |

**Paper Checks Paid**     **$705.43**

| Withdrawals | Date | Serial # | Location | | | Amount |
|-------------|------|----------|----------|--|--|--------|
| | 8-1 | | Internet Trf To DDA ( | 003234 | 0101 | $8,000.00 |
| | 8-1 | | Internet Trf To DDA | 003234 | 0101 | 20,000.00 |
| | 8-1 | | Internet Trf To DDA ( | )03234 | 0101 | 250,000.00 |
| | 8-2 | | Paypal      Inst Xfer | | | 41.72 |
| | 8-2 | | Internet Trf To DDA ( | )3234 | 0101 | 231,290.00 |
| | 8-3 | | Paypal      Transfer | | | 500.00 |
| | 8-4 | | Paypal      Inst Xfer | | | 41.95 |
| | 8-5 | | Internet Trf To DDA ( | 02954 | 0101 | 450.00 |
| | 8-5 | | Internet Trf To DDA ( | )02947 | 0101 | 500.00 |
| | 8-8 | | Google      Payment | | | 41.66 |
| | 8-12 | | Internet Trf To DDA | 02947 | 0101 | 13,250.00 |
| | 8-16 | | Internet Trf To DDA ( | 002947 | 0101 | 2,100.00 |
| | 8-17 | | Amazon      Internet | | | 8.96 |
| | 8-25 | | Internet Trf To Client-Added Transfer Account | | | 784.04 |

**Total subtractions**     **$527,713.76**

## Fees and charges

| Date | | Quantity | Unit Charge | |
|------|--|----------|-------------|--|
| 8-1-16 | Fedwire Service Charge | 1 | 20.00 | -$20.00 |
| 8-2-16 | Incoming International Wire Fee | 1 | 20.00 | -20.00 |
| 8-11-16 | Fedwire Service Charge | 1 | 20.00 | -20.00 |

**Fees and charges   assessed this period**     **-$60.00**

3900



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> \* KeyBank
> Customer Disputes
> NY-31-17-0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A, P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➜ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➜ | $ |
|---|---|

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**August 31, 2016**
**page 1 of 3**

226771002947

14 31        T   677 00000 R EM AO
RND ENGINEERING, LLC #14-58049-PJS
RICHALIN K DIGUE *DEBTOR IN POSSESSION
12433 GLOBE ST
LIVONIA MI 48150-1134

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking        )2947
RND ENGINEERING, LLC #14-58049-PJS
RICHALIN K DIGUE *DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 7-31-16 | $2,013.44 |
| 5 Additions | +20,450.00 |
| 17 Subtractions | -21,998.57 |
| Net fees and charges | -41.00 |
| **Ending balance 8-31-16** | **$423.87** |

## Additions

| Deposits | Date | Serial # | Source | | | Amount |
|---|---|---|---|---|---|---:|
| | 8-5 | | Internet Trf Fr DDA ( | )002939 | 0101 | $500.00 |
| | 8-12 | | Internet Trf Fr DDA ( | )002939 | 0101 | 13,250.00 |
| | 8-16 | | Internet Trf Fr DDA ( | )02939 | 0101 | 2,100.00 |
| | 8-25 | | Internet Trf Fr DDA ( | )003234 | 0101 | 4,000.00 |
| | 8-26 | | Internet Trf Fr DDA ( | )003234 | 0101 | 600.00 |
| | | | **Total additions** | | | **$20,450.00** |

## Subtractions

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 1029 | 8-12 | $1,330.00 | 1034 | 8-12 | 572.25 | 1039 | 8-25 | 3,360.00 |
| 1030 | 8-24 | 575.00 | 1035 | 8-12 | 3,360.00 | 1040 | 8-25 | 168.00 |
| 1031 | 8-12 | 1,631.50 | 1036 | 8-15 | 420.00 | 1041 | 8-25 | 588.25 |
| 1032 | 8-15 | 2,567.25 | 1037 | 8-15 | 2,220.75 | 1042 | 8-26 | 900.00 |
| 1033 | 8-12 | 1,200.00 | 1038 | 8-25 | 345.00 | | | |

| | | |
|---|---|---:|
| | **Paper Checks Paid** | **$19,238.00** |

)00 .5     )1

02947

| Withdrawals | Date | Serial # | Location | | | |
|---|---|---|---|---|---|---|
| | 8-1 | | Internet Trf To DDA | J03234 | 0101 | $2,000.00 |
| | 8-1 | | Paychex-Rcx | Payroll | | 214.35 |
| | 8-26 | | Paychex-Rcx | Retry Pymt | | 546.22 |
| | | | **Total subtractions** | | | **$21,998.57** |

| Fees and charges | Date | | Quantity | Unit Charge | |
|---|---|---|---|---|---|
| | 8-1-16 | Tier 2 Overdraft Item Charge | 1 | 36.00 | -$36.00 |
| | 8-31-16 | Service Charge | 1 | 5.00 | -5.00 |
| | | **Fees and charges  assessed this period** | | | **-$41.00** |



KeyBank

page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
  Customer Disputes
  NY-31-17-0128
  17 Corporate Woods Blvd
  Albany, NY 12211

• Tell us your name and Account number;
• Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
• Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A, P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

• Account Information : Your name and account number.
• Dollar Amount : The dollar amount of the suspected error.
• Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
• Checks or other deductions shown on our statement that you have *not* already entered.
• The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
• Deposits or other credits shown on your statement that you have *not* already entered.
• The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** ➔ | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL** ➔ | $ |

**❻** Enter ending balance shown on your statement.

$

**❼** Add 5 and 6 and enter total here.

$

**❽** Enter total from 4.

$

**❾** Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.

14-58049-pjs    Doc 224    Filed 11/07/16    Entered 11/07/16 10:52:04    Page 17 of 19

| General | | !939 | | |
|---|---|---|---|---|
| Date | Amount | | Description | Ref. # |
| 8/26/2016 | -430 | | CHECK # 2128 - FITZGERALD EQUIPMENT | COGS |
| 8/25/2016 | -784.04 | | INTERNET TRF TO CLIENT-TRANSFER ACCOUNT | COGS |
| 8/17/2016 | -8.96 | | AMAZON        INTERNET | COGS |
| 8/16/2016 | -2100 | | INTERNET TRF TO DDA           1002947 | xfer |
| 8/15/2016 | -100 | | CHECK # 2005 - NEW HOPE FELLOWSHIP | Bereavement |
| 8/12/2016 | -13250 | | INTERNET TRF TO DDA           '71002947 | xfer |
| 8/11/2016 | -20 | | FEDWIRE SERVICE CHARGE | Bank fee |
| 8/11/2016 | 14750 | | WIRE DEPOSIT    ARBOMEX SA, LTD  5091 | Income |
| 8/9/2016 | -74.95 | | CHECK # 2132 - JP | Travel |
| 8/8/2016 | -41.66 | | GOOGLE        PAYMENT | Office Supplies |
| 8/8/2016 | -50.48 | | CHECK # 2131 - SPEEDY METAL | COGS |
| 8/5/2016 | -500 | | INTERNET TRF TO DDA           1002947 | xfer |
| 8/5/2016 | -450 | | INTERNET TRF TO DDA           71002954 | xfer |
| 8/4/2016 | -41.95 | | PAYPAL       INST XFER | COGS |
| 8/3/2016 | -500 | | PAYPAL       TRANSFER | COGS |
| 8/3/2016 | -50 | | CHECK # 2107 - GREAT LAKES GUTTERS | COGS |
| 8/2/2016 | -231290 | | INTERNET TRF TO DDA (          )3234 | xfer |
| 8/2/2016 | -41.72 | | PAYPAL       INST XFER | COGS |
| 8/2/2016 | -20 | | INCOMING INTERNATIONAL WIRE FEE | Bank fee |
| 8/2/2016 | 232206.02 | | INTERNAT WIRE DP MR YANICK MARCHA 1142 | Gift |
| 8/1/2016 | -250000 | | INTERNET TRF TO DDA           1003234 | xfer |
| 8/1/2016 | -20000 | | INTERNET TRF TO DDA (          l003234 | xfer |
| 8/1/2016 | 250000 | | THYSSENKRUPP PREPAYMENT | Income |
| 8/1/2016 | -20 | | FEDWIRE SERVICE CHARGE | Bank fee |
| 8/1/2016 | 23205 | | WIRE DEPOSIT    ARBOMEX SA, LTD  5091 | Income |
| 8/1/2016 | -8000 | | INTERNET TRF TO DDA C         l003234 | xfer |
| | | | | |
| Payroll | | )02947 | | |
| Date | Amount | | Description | Ref. # |
| 8/31/2016 | -5 | | SERVICE CHARGE | bank fee |
| 8/26/2016 | -546.22 | | PAYCHEX-RCX    RETRY PYMT | fee |
| 8/26/2016 | -900 | | CHECK # 1042 - AMY R. | payroll |
| 8/26/2016 | 600 | | INTERNET TRF FR DDA (        '^ )3234 | xfer |
| 8/25/2016 | -588.25 | | CHECK # 1041 - DEREK N. | payroll |
| 8/25/2016 | -168 | | CHECK # 1040 - P.V. | payroll |
| 8/25/2016 | -3360 | | CHECK # 1039 - M.K. | payroll |
| 8/25/2016 | -345 | | CHECK # 1038 - J.P. | payroll |
| 8/25/2016 | 4000 | | INTERNET TRF FR DDA '          003234 | xfer |
| 8/24/2016 | -575 | | CHECK # 1030 | payroll |
| 8/16/2016 | 2100 | | INTERNET TRF FR DD/ ^'        02939 | xfer |
| 8/15/2016 | -2220.75 | | CHECK # 1037 - M.R. | payroll |
| 8/15/2016 | -420 | | CHECK # 1036 - PAUL COOK | payroll |
| 8/15/2016 | -2567.25 | | CHECK # 1032 | payroll |
| 8/12/2016 | -3360 | | CHECK # 1035 - M.K. | payroll |
| 8/12/2016 | -572.25 | | CHECK # 1034 | payroll |

| Date | Amount | Description | |
|---|---|---|---|
| 8/12/2016 | -1200 | CHECK # 1033 | payroll |
| 8/12/2016 | -1631.5 | CHECK # 1031 | payroll |
| 8/12/2016 | -1330 | CHECK # 1029 - J.P. | payroll |
| 8/12/2016 | 13250 | INTERNET TRF FR DDA          ʼ1002939 | xfer |
| 8/5/2016 | 500 | INTERNET TRF FR DDA (          )02939 | xfer |
| 8/1/2016 | -36 | TIER 2 OVERDRAFT ITEM CHARGE | bank fee |
| 8/1/2016 | -214.35 | PAYCHEX-RCX     PAYROLL | fee |
| 8/1/2016 | -2000 | INTERNET TRF TO DDA              003234 | xfer |

| Taxes | )02954 | | |
|---|---|---|---|
| Date | Amount | Description | |
| 8/31/2016 | -5 | SERVICE CHARGE | bank fee |
| 8/5/2016 | 450 | INTERNET TRF FR DDA          ʼ71002939 | xfer |
| 8/1/2016 | -36 | TIER 2 OVERDRAFT ITEM CHARGE | bank fee |
| 8/1/2016 | -93.81 | PAYCHEX TPS     TAXES | taxes |
| 8/1/2016 | -36 | RETURN CHG: DEBIT | bank fee |

| Special account | )3234 | | |
|---|---|---|---|
| Date | Amount | Description | |
| 8/26/2016 | -600 | INTERNET TRF TO DDA (          1002947 | xfer |
| 8/25/2016 | -4000 | INTERNET TRF TO DDA (          71002947 | xfer |
| 8/18/2016 | -30 | FEDWIRE SERVICE CHARGE | bank fee |
| 8/18/2016 | -586003.16 | WIRE WITHDRAWAL  NAGLE PRECISION  1738 | payment Nagel |
| 8/2/2016 | 231290 | INTERNET TRF FR DDA          2939 | xfer |
| 8/1/2016 | 250000 | INTERNET TRF FR DDA (          ʼ1002939 | xfer |
| 8/1/2016 | -20 | FEDWIRE SERVICE CHARGE | bank fee |
| 8/1/2016 | 46500 | WIRE DEPOSIT     STEVENSON & BULL 7259 | xfer |
| 8/1/2016 | -20 | FEDWIRE SERVICE CHARGE | bank fee |
| 8/1/2016 | 35000 | WIRE DEPOSIT     RIVENOAK LAW GRO 9935 | xfer |
| 8/1/2016 | 20000 | INTERNET TRF FR DDA (          ʼ71002939 | xfer |
| 8/1/2016 | 8000 | INTERNET TRF FR DDA (          71002939 | xfer |
| 8/1/2016 | 2000 | INTERNET TRF FR DDA 0(          )02947 | xfer |